UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID DAVIS,

       Plaintiff,                           Case No. 21-cv-10519
                                               HON. BERNARD A. FRIEDMAN
vs.                                          MAG. ELIZABETH A. STAFFORD

DUPERRON, *et al.*,

       Defendants,

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION TO DISMISS WITHOUT PREJUDICE THE CLAIMS AGAINST DEFENDANT DUPERRON

This matter is before the Court on a Report and Recommendation ("R&R") issued by Magistrate Judge Elizabeth Stafford recommending that the Court dismiss plaintiff David Davis's claims against defendant Duperron. (ECF No. 26).

No party has filed an objection to the R&R and the time to do so has passed. The Court has reviewed the R&R and agrees with the magistrate judge's analysis and recommendation. Accordingly, it is hereby,

ORDERED that Magistrate Judge Stafford's R&R (ECF No. 26) is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that the claims against defendant Duperron are DISMISSED WITHOUT PREJUDICE.

**SO ORDERED.**

Dated: February 21, 2023
Detroit, Michigan

s/Bernard A. Friedman
Hon. Bernard A. Friedman
Senior United States District Judge